UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Applicant,<br><br>　　v.<br><br>BGM CO. INC. AND ITS AFFILIATE BOYD GAMING CORPORATION D/B/A SKY RIVER CASINO,<br><br>　　　　Respondent. | No.  2:24-cv-1476 DB |
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Applicant,<br><br>　　v.<br><br>WILTON RANCHERIA d/b/a SKY RIVER CASINO,<br><br>　　　　Respondent. | No.  2:24-cv-1477 CKD<br><br>**RELATED CASE ORDER** |

1

Examination of the above-entitled civil actions reveals that the actions are related within the meaning of E.D. Cal. Local Rule 123.  The actions arise out of the same transaction or series of transactions and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.  Given that the first action is assigned to the undersigned, Case No. 2:24-cv-1477 CKD will be reassigned to the undersigned for further proceedings.[1]

Accordingly, IT IS THEREFORE ORDERED that the action denominated Case No. 2:24-cv-1477 CKD be, and the same hereby is, reassigned to the undersigned for further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as denominated 2:24-cv-1477 DB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  June 5, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\nlrb1476.relate.ord

---

[1] Both actions have been directly assigned to Magistrate Judges pursuant to the Local Rules.  In the event a party declines to consent, a District Judge will also be assigned in that action.